

# Fourth Court of Appeals
## San Antonio, Texas

February 3, 2014

No. 04-13-00883-CR

Santos **GUEVARA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 4704
Honorable N. Keith Williams, Judge Presiding

## O R D E R

The court reporter's record was due January 17, 2014. On December 30, 2013, the reporter filed a notification of late record stating the record would not be filed on January 17, 2014, because (1) appellant has not requested the record, and (2) has not paid or made arrangements to pay the reporter's fee to prepare the record and is not entitled to the record without paying the reporter's fee for preparing the record.

We ordered appellant to provide written proof that he has requested the record and that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to have the reporter's record furnished without charge. *See* TEX. R. APP. P. 20.2. On January 9, 2014, appellant filed proof that he has requested the reporter's record and made payment or at least partial payment for the reporter's record.

Accordingly, we **ORDER** the court reporter to file the reporter's record in this court on or before **March 5, 2014**. If appellant has not made full payment for the record which will cause the reporter to delay filing the record, the reporter should file a notice of late record with this court advising of same.

The clerk of this court is **ordered** to serve a copy of this order on all counsel, the district clerk, and the court reporter.

_____
Marialyn Barnard, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of February, 2014.



_____
Keith E. Hottle
Clerk of Court